AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JOHN DOE, a/k/a
  AMILCAR ALMODOVAR COLMENERO

**WARRANT FOR ARREST**

CASE NUMBER: 05- 151M-MPT

RECEIVED
2005 MAY 12 A 9:40
U.S. MARSHALS SERVICE
WILMINGTON, DELAWARE

To: The United States Marshal
  and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>John Doe, a/k/a AMILCAR ALMODOVAR COLMENERO</u> when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment   __ Information   _X_ Complaint   __ Order of court   __ Violation Notice   __ Probation Violation Petition

charging the Defendant with (brief description of offense)

knowingly presenting a materially false application for a U.S. passport,

in violation of Title __15__ United States Code, Section __1542__.

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | May 12, 2005    Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____   by _____
                                             Name of Judicial Officer

FILED
MAR 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 4 Plum St. Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-12-05 | William David, DUSM | William David |
| DATE OF ARREST | | |
| 3-23-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest