IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 07-059-SLR |
| FRANKLEY ROBLES GUZMAN, | ) |
| Defendant. | ) |

ORDER

At Wilmington this 19th day of July, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Tuesday, July 31, 2007** at **3:00 p.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and **July 31, 2007** shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge