IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-059-SLR |
| | ) | |
| FRANKLEY ROBLES GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 31st day of July, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Monday, August 20, 2007** at **2:00 p.m.**, with the court initiating said call.

                                                _____
                                                United States District Judge