Filed in open court
fmi 8/20/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-59-SLR |
| ) | |
| FRANKELY ROBLES-GUZMAN, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION TO CHANGE CASE CAPTION

NOW COMES the United States of America, by and through its attorney Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney, and files the following motion to change the case caption in the above-titled matter. The United States has learned that defendant's true name is Kelvin Prado-Robles. Accordingly, the United States requests that the case caption be changed to the following:

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-59-SLR |
| ) | |
| KELVIN PRADO-ROBLES, ) | |
| ) | |
| Defendant. ) | |

Counsel for the defendant joins in this request.

RESPECTFULLY SUBMITTED,
COLM F. CONNOLLY

By: *[signature]*
Robert F. Kravetz
Assistant United States Attorney

*[signature]*
Edson A. Bostic
Federal Public Defender

Dated: August 20, 2007

AND NOW, this ___20th___ day of August 2007, the foregoing JOINT MOTION TO CHANGE CASE CAPTION is hereby granted.

*[signature]*
Hon. Sue L. Robinson
United States District Judge

2