IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-59-SLR |
| ) | |
| KELVIN PRADO-ROBLES, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS COUNTS 4, 6, and 7 OF THE INDICTMENT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts Four, Six, and Seven of the Indictment returned against the Defendant, pursuant to the terms of a plea agreement entered into between the parties.

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: January 7, 2008

SO ORDERED this ___7th___ day of January 2008.

_____
Honorable Sue L. Robinson
United States District Judge